## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffrey Busch, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 09-cv-3580 JMR/FLN |
| v. | ) |
| | ) |
| Haster Law Office, P.A. | ) |
| and John Doe, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOTICE IS HEREBY GIVEN THAT** the Plaintiff in the above-entitled action voluntarily dismisses this matter with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

MARTINEAU, GONKO & VAVRECK, PLLC

Dated: February 8, 2010          s/ Mark L. Vavreck                              .
Mark L. Vavreck, Esq.
Attorney I.D.#0318619
Designers Guild Building
401 North Third Street, Suite 600
Minneapolis, MN 55401
mvavreck@mgvlawfirm.com
Telephone: (612) 659-9500
Facsimile:  (612) 659-9220

ATTORNEY FOR PLAINTIFF